## FLEMING v. STOUT and Another.

Newly discovered evidence is not a ground for a review, under the code; nor is error in form only, although apparent on the face of the decree; nor is mere matter of abatement.

APPEAL from the *Vermilion* Circuit Court.

*Per Curiam.*—A complaint for review will not lie, under the code, for newly discovered evidence.

Such a complaint lies for newly discovered material matter, and for errors of law appearing on the face of the decree. 2 R. S. 280. *Nelson* v. *Johnson*, 18 Ind.

But "errors in form only, though apparent on the face of the decree, and mere matter of abatement, seem not to" be grounds for review. Ad. Eq., side p., 416. *Query:* Is an erroneous decision, upon the weight of evidence, which appears in the record, an error of law appearing in the proceedings, within the rule authorizing a review for error of law? See Ad. Eq., side p. 417, note.

The judgment is affirmed, with costs.

*McDonald* and *Roache*, for the appellant.

*S. F.* and *D. H. Maxwell*, and *D. M. Jones*, for the appellees.